Entered on Docket
June 05, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed June 5, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DAHOOD S. BEY,<br><br>        Debtor.<br>_____ | No. 12-42730<br>Chapter 13 |

**MEMORANDUM RE: POSTPONEMENT OF 341 CREDITORS' MEETING**

    On March 28, 2012, the debtor filed the above-captioned Chapter 13 case. On April 30, 2012, the Chapter 13 Trustee filed a Motion to Dismiss for failure to make plan payments (Dkt. No. 17). On May 18, 2012, the debtor filed an Opposition to the Trustee's Motion to Dismiss and a request seeking postponement of the 341 meeting of creditors, which was set for May 31, 2012 (Dkt. No. 23).

    Because debtor has opposed the motion, a hearing has been set for August 9, 2012 at 1:30 p.m. In the interim, debtor's 341 meeting has passed. Debtor did not attend because she was awaiting instruction from the Court as to her request for postponement. Therefore, at the hearing on the Motion to Dismiss, August 9, 2012

at 1:30 p.m., the parties should be prepared to discuss whether
debtor's 341 meeting should be rescheduled.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Dahood S. Bey
5520 Vista Dr.
Richmond, CA 94806

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

3